**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00848-CV

**ALTA FERGUSON, Appellant**

**V.**

**WAL-MART STORES TEXAS, LLC D/B/A**
**WAL-MART SUPERCENTER STORE #5147, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05569-A**

## ORDER

We **GRANT** appellant's November 2, 2015 motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court on October 8, 2015 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE